# Court of Appeals
# of the State of Georgia

ATLANTA,   April 11, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0022. BARROW v. COMMISSIONER OF GEORGIA DEPARTMENT OF DRIVER SERVICES.**

On April 11, 2014, Abdou Barrow filed a motion for an extension of time to file an application for discretionary appeal from a dismissal order entered by the Superior Court of Fulton County on March 18, 2014. Barrow acknowledges that his application would be due in this Court on April 17, 2014.

An appellate court has the authority to grant an extension of the time to file a discretionary application, pursuant to OCGA § 5-6-39 (a) (5), where the application for an extension is made before the expiration of the period for filing as originally prescribed. See *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011); *In the interest of S. M. B.*, 319 Ga. App. 125, 126 (735 SE2d 122) (2012) (accord); OCGA §§ 5-6-35 (a) (8) (An appeal from the denial of a motion to set aside shall be by application for a discretionary appeal.); 5-6-39 (d) (An application for discretionary appeal must be filed "within 30 days of the entry of the order, decision, or judgment complained of[.]").

In support of his request, Barrow states that an extension is needed to allow new appellate counsel to become familiar with the "unusually complex" matters involved in this case, a case concerning the cancellation of a driver's license. Based upon our review of the order, we discern no basis for such an extension. Therefore, Barrow's request for an extension of time to file his application for a discretionary appeal is hereby DENIED.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,* __04/11/2014__

  *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*